

ORIGINAL

FILED

12/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0321

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0321

IN RE THE MATTER OF THE ADOPTION OF:

E.E.P.,

A Minor Child.

**O R D E R**

FILED

DEC 1 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for the appellant birthmother of E.E.P. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). The birthmother responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We have considered the arguments raised by counsel and by the birthmother in her response. We conclude there are no arguments with potential legal merit that could be raised in the birthmother's appeal in this case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant birthmother personally.

DATED this 12 day of December, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2